**Opinion issued July 19, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00900-CV

————————————

**MARILYN MCCOLLOM, Appellant**

**V.**

**NEWCOR VENTURES, INC., Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1095606**

## MEMORANDUM OPINION

Appellant, Marilyn McCollom, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See id.* 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See id.* 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.